# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Tonya Mitchell,** *et al.*, : | |
| : | |
| : | Case No.   2:11-cv-01057 |
| **Plaintiffs,** : | |
| : | Judge James L. Graham |
| *vs*. : | Mag. Judge Elizabeth Preston Deavers |
| : | |
| **Westerville City School District** : | |
| **Board of Education,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby stipulate to the dismissal of the Defendant Westerville Police Division.  This dismissal is **with** prejudice.  The claims against the other Defendants in this case remain pending.

*/s/ Byron L. Potts*
Byron L. Potts (0040246)
byronpotts@msn.com
415 East Broad Street, Suite 112
Columbus, OH 43215
Telephone (614) 228-2154
Facsimile (614) 228-2155
*Attorney for Plaintiff*

*/s/ Julia R. Baxter*
Mark Landes   (0027227)
ml@isaacbrant.com
Julia R. Baxter (0086648)
jrb@isaacbrant.com
Andrew Yosowitz (0075306)
any@isaacbrant.com
ISAAC, BRANT, LEDMAN & TEETOR, LLP
250 East Broad Street, Suite 900
Columbus, OH  43215-3742
(614) 221-2121Phone

        (614) 365-9516 Fax
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Julia R. Baxter*
        Julia R. Baxter (0086648)

2125848.1 : 11325 059