IN THE UNITIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tonya Mitchell et al., | . | |
|     Plaintiffs, | . | Case no. 2:11-cv-01057 |
| | . | |
| Vs. | . | |
| | . | Judge James L. Graham |
| | . | Mag. Judge Elizabeth Preston Deavers |
| | . | |
| Westerville City School District Board of Education, et al, | . | |
| | . | |
|     Defendants. | . | |
| | . | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE THREE MOTIONS FOR SUMMARY JUDGMENT**

Now come Plaintiffs and respectfully request an extension of time to respond to the Motion for Summary Judgment filed by Westerville City School District Board of Education, the Motion for Summary Judgment filed by Jeanne S. Roth, and the Motion for Summary Judgment filed by Deidre A. Vanderwater.  The reasons for this request will be set forth more fully in the memorandum below

        Respectfully submitted,
        Byron L. Potts & Co., L. P. A.

        /s/ Byron L. Potts
        Byron L. Potts (0040246)
        Attorney for Plaintiffs
        415 East Broad Street, Suite 112
        Columbus, Ohio  43215
        614/228-2154

**MEMORANDUM IN SUPPORT**

Defendants' counsel is not opposed to the two-week extension of time from 5-31-13 to 6-11-13 to respond to the Motions for Summary Judgment.

THEREFORE, Plaintiffs respectfully request that the "Motion for Extension" be granted and that she be allowed until June 11th, 2013 to respond to each of the Summary Judgment Motions.

        Respectfully submitted,
        Byron L. Potts & Co., L. P. A.

        /s/ Byron L. Potts
        Byron L. Potts (0040246)
        Attorney for Plaintiffs
        415 East Broad Street, Suite 112
        Columbus, Ohio  43215
        614/228-2154

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to Defendant by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/Byron L. Potts
        Byron L. Potts (0040246)
        Attorney for Plaintiffs